AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:13-cv-434(CAR)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert R. Lawson, Registered Agent for Defendant
was received by me on *(date)* November 20, 2013.

☑ I personally served the summons on the individual at *(place)* 912 Main Street, Perry, Georgia on *(date)* November 20, 2013; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 66.00 for travel and $ 50.00 for services, for a total of $ 116.00.

I declare under penalty of perjury that this information is true.

Date: 11-20-13

Server's signature

Michael Wagner
Printed name and title

203 E. Hancock Street, Milledgeville, GA 31061
Server's address

Additional information regarding attempted service, etc: